<u>Index pursuant to Local Rule 81(a)(3)(A)</u>

1. Summons and Complaint, July 23, 2007.